AO 247 (Rev. 08/14) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| United States of America | ) |
|---|---|
| v. | ) |
| JAMES BLACKWELL | ) Case No: 10-00301 |
|  | ) USM No: 07813-003 |
| Date of Original Judgment: 08-16-2011 | ) |
| Date of Previous Amended Judgment: | ) |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[✓] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

James Blackwell is NOT eligible for a reduction pursuant to Amendment 782. At the time of sentencing, the defendant was determined to be a career offender, and his guidelines were driven by the career offender provision, not the drug guidelines. In addition, Blackwell received a sentence which fell outside of the advisory guideline range. Pursuant to U.S.S.G. § 1B1.10(b)(2)(A), and Application Note 3, the Court may only grant a comparable reduction outside of the guideline range if the defendant provided substantial assistance to authorities. Therefore, the defendant would not benefit from a recalculation of the guidelines.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 06-24-2015

Callie V.S. Granade U.S. District Judge

*Digitally signed by Callie V.S. Granade U.S. District Judge*
*DN: cn=Callie V.S. Granade U.S. District Judge, o=U.S. Government, ou=Federal Judiciary, email=efile_granade@alsd.uscourts.gov, c=US*
*Date: 2015.06.24 13:50:14 -06'00'*

*Judge's signature*

Effective Date: _____
*(if different from order date)*

United States District Judge
*Printed name and title*